**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
Anthony Gill
94-A-8208
                                            **Plaintiff,**
        vs.                                 9:00-cv-1905

Gregory E. Smith, *Correctional*
*Officer*

                                            Defendant(s)

                            ORDER
**Anthony Gill** plaintiff in the above entitled action has been directed to appear at **9:00 AM.** on **June 5, 2006** the **U.S. Courthouse** at **SYRACUSE**, New York for the purpose of attending a trial relative to the above-entitled case.  It appears that the plaintiff is presently incarcerated at **Great Meadow Correctional Facility, Comstock, New York**. It is necessary that a Writ of Habeas Corpus Ad Testificandum be issued for the purpose of securing the presence of the plaintiff at said proceeding.  Therefore, it is

        **ORDERED** that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum directing the United States Marshal for the Northern District of New York, or his deputies, to serve upon the superintendent this writ of habeas corpus to deliver said plaintiff to the **U.S. Courthouse** in **SYRACUSE**, New York, on the date and time specified above and further

        **ORDERED** that the original and certified copy of said writ be delivered to the United States Marshal or his authorized deputy for service upon the named detention facility stated herein to serve as notice to prepare plaintiff for transport.

        **FURTHER ORDERED** that in the event the action is **settled prior to trial**, it shall be incumbent upon the **Defendant(s)** or authorized representative to notify the designated institution where plaintiff is housed and cancel

such writ to produce.

DATED: April 4, 2006
       **Syracuse, New York**

_____
Frederick J. Scullin, Jr.
Chief United States District Court Judge